**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF ALABAMA

Case number *(if known)* _____ Chapter __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| 1. | Debtor's name | **Hebner Diesel Performance, Inc. D/B/A Hurricane** |
|---|---|---|

| 2. | All other names debtor used in the last 8 years | |
|---|---|---|
| | Include any assumed names, trade names and *doing business as* names | |

| 3. | Debtor's federal Employer Identification Number (EIN) | **82-2342199** |
|---|---|---|

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **7760 Highland Ave** **Mobile, AL 36608** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Mobile** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

| 5. | **Debtor's website** (URL) | _____ |
|---|---|---|

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor **Hebner Diesel Performance, Inc. D/B/A Hurricane**          Case number (*if known*) _____
Name

---

**7.** **Describe debtor's business**     A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

---

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|--------|--|--------------|--|
| District | When | Case number, if known | |

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

. *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|--|--|--|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|--|--|--|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|--|--|--|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 13, 2024**
MM / DD / YYYY

**X** **/s/ Brandon Hebner**                                          **Brandon Hebner**

Signature of authorized representative of debtor          Printed name

Title    **Owner**

**18. Signature of attorney**

**X** **/s/ J. Willis Garrett, III ASB**          Date **May 13, 2024**

Signature of attorney for debtor                          MM / DD / YYYY

**J. Willis Garrett, III ASB 7452E61G**

Printed name

**Galloway, Wettermark & Rutens, LLP**

Firm name

**3263 Cottage Hill Road**
**Post Office Box 16629**
**Mobile, AL 36616-0629**

Number, Street, City, State & ZIP Code

Contact phone    **251-476-4493**          Email address

**ASB 7452E61G AL**

Bar number and State

| Fill in this information to identify the case: | | |
| --- | --- | --- |
| Debtor name | **Hebner Diesel Performance, Inc. D/B/A Hurricane** | |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF ALABAMA** | ☐ Check if this is an |
| Case number (if known): _____ | | amended filing |

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Ace Funding 19790 W Dixie Hwy, Ste 301 Miami, FL 33180** | | | | | | **$59,462.50** |
| **Alabama Department of Revenue Legal Division P.O. Box 320001 Montgomery, AL 36132** | | | **Disputed** | **$1.00** | **$0.00** | **$1.00** |
| **Anderson, Williams & Farrow, LLC 7515 Halcyon Pointe Drive Montgomery, AL 36117** | | | **Disputed** | | | **$1.00** |
| **Beard Equipment Co. 2480 E I-65 Service Road Mobile, AL 36617** | | **John Deere 5060 Utility Tractor** | **Disputed** | **$76,917.20** | **$0.00** | **$76,917.20** |
| **City of Mobile Revenue Department P.O. Box 3065 Mobile, AL 36652** | | | **Disputed** | **$1.00** | **$0.00** | **$1.00** |
| **Cowin Equipment Company, Inc. c/o Frawley Boliek Lawyers, LLC PO Box 101493 Irondale, AL 35210** | | **Equipment** | **Disputed** | **$3,574.53** | **$0.00** | **$3,574.53** |
| **ERCgo 384 S 400 W, Ste 100 Lindon, UT 84042** | | | **Disputed** | | | **$22,851.82** |

Case 24-11168   Doc 1   Filed 05/13/24   Entered 05/13/24 12:24:18   Desc Main
Document    Page 6 of 11

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **F. Luke Coley, Jr. 3929 Airport Blvd, Ste 2-516 Mobile, AL 36609** | | | **Disputed** | | | **$1.00** |
| **First Citizens Bank & Trust PO Box 856502 Minneapolis, MN 55485** | | Equipment | **Disputed** | $329,668.97 | $0.00 | $329,668.97 |
| **Forward Financing 53 State St, 20th Floor Boston, MA 02109** | | | **Disputed** | | | $113,005.00 |
| **JDA Properties, LLC 7851 Crary Station Road Semmes, AL 36575** | | | **Disputed** | | | $40,000.00 |
| **LD Holt & Associates PC 29000 Hwy 98, Suite 201 Daphne, AL 36526** | | | | | | $33,175.38 |
| **M&T Bank PO Box 900 Millsboro, DE 19966** | | | **Disputed** | | | $59,340.56 |
| **Mullinax Ford of Mobile, LLC c/o William C. Poole, LLC 917 Western America Circle, Ste 210 Mobile, AL 36609** | | | **Disputed** | | | $31,199.09 |
| **PNC Bank PO Box 5570 Cleveland, OH 44101** | | | **Disputed** | | | $18,931.56 |
| **Regions Bank PO Box 11407 Birmingham, AL 35282** | | | **Disputed** | | | $19,242.43 |
| **The Huntington Bank PO Box 77077 Minneapolis, MN 55480** | | Equipment | **Disputed** | $127,338.39 | $0.00 | $127,338.39 |
| **The Lilly Company P.O. Box 100 Dept. 184 Memphis, TN 38148** | | Equipment | **Disputed** | $9,359.35 | $0.00 | $9,359.35 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Toyota Commercial Finance 8951 Cypress Waters Blvd, Ste 300 Dallas, TX 75019** | | **Equipment** | **Disputed** | $4,248.50 | $0.00 | $4,248.50 |
| **Vox Funding, LLC 100 Park Ave, Floor 26 New York, NY 10017** | | | **Disputed** | | | $43,745.81 |

Ace Funding
19790 W Dixie Hwy, Ste 301
Miami, FL 33180

Alabama Department of Revenue
Legal Division
P.O. Box 320001
Montgomery, AL 36132

Anderson, Williams & Farrow, LLC
7515 Halcyon Pointe Drive
Montgomery, AL 36117

Beard Equipment Co.
2480 E I-65 Service Road
Mobile, AL 36617

City of Mobile Revenue Department
P.O. Box 3065
Mobile, AL 36652

Cowin Equipment Company, Inc.
c/o Frawley Boliek Lawyers, LLC
PO Box 101493
Irondale, AL 35210

ERCgo
384 S 400 W, Ste 100
Lindon, UT 84042

F. Luke Coley, Jr.
3929 Airport Blvd, Ste 2-516
Mobile, AL 36609

First Citizens Bank & Trust
PO Box 856502
Minneapolis, MN 55485

Forward Financing
53 State St, 20th Floor
Boston, MA 02109

JDA Properties, LLC
7851 Crary Station Road
Semmes, AL 36575

Kopesky & Britt Attorney at Law
PO Box 1138
Fairhope, AL 36533

LD Holt & Associates PC
29000 Hwy 98, Suite 201
Daphne, AL 36526

M&T Bank
PO Box 900
Millsboro, DE 19966

Mullinax Ford of Mobile, LLC
c/o William C. Poole, LLC
917 Western America Circle, Ste 210
Mobile, AL 36609

PNC Bank
PO Box 5570
Cleveland, OH 44101

Regions Bank
PO Box 11407
Birmingham, AL 35282

The Huntington Bank
PO Box 77077
Minneapolis, MN 55480

The Lilly Company
P.O. Box 100
Dept. 184
Memphis, TN 38148

Toyota Commercial Finance
8951 Cypress Waters Blvd, Ste 300
Dallas, TX 75019

Vox Funding, LLC
100 Park Ave, Floor 26
New York, NY 10017

# United States Bankruptcy Court
## Southern District of Alabama

In re    __Hebner Diesel Performance, Inc. D/B/A Hurricane__      Case No. _____

                                                  Debtor(s)      Chapter    __11__

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Hebner Diesel Performance, Inc. D/B/A Hurricane__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__May 13, 2024__                                    __/s/ J. Willis Garrett, III ASB__

Date                                                 __J. Willis Garrett, III ASB 7452E61G__

Signature of Attorney or Litigant

Counsel for    __Hebner Diesel Performance, Inc. D/B/A Hurricane__

__Galloway, Wettermark & Rutens, LLP__

__3263 Cottage Hill Road__
__Post Office Box 16629__
__Mobile, AL 36616-0629__
__251-476-4493 Fax:251-479-5566__